UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE STOCKDALE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE HOLDINGS, INC.,<br><br>    Defendant. | Case No. 2:16-CV-00980-KJM-GGH<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>District Judge Kimberly J. Mueller<br>Magistrate Judge Gregory G. Hollows<br><br>FAC served:   May 18, 2016<br>Current response date: June 1, 2016<br>New response date:  June 22, 2016 |

Based on the stipulation and the parties and for GOOD CAUSE shown, Defendant shall have until and including June 22, 2016, to file a response to the First Amended Complaint.

DATED: June 14, 2016

                _____
                UNITED STATES DISTRICT JUDGE